**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  17-cv-00665-REB

ANNETTE JACKSON,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Robert E. Blackburn entered on July 19, 2017, it is

ORDERED that Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 16] is granted.  It is

FURTHER ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that Plaintiff was not disabled is reversed.  It is

FURTHER ORDERED that this matter is remanded to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  It is

FURTHER ORDERED that judgment is entered in favor of Plaintiff, Annette Jackson, and against Defendant, Nancy A. Berryhill, acting Commissioner of Social Security, in accordance with Fed. R. Civ. P 58 and consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302, 113 S.Ct. 2625, 2628-32, 125 L.Ed.2d 239(1993).   It is

FURTHER ORDERED that Plaintiff is awarded her costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

Dated at Denver, Colorado this 19th day of July, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/Cathy Pearson

Cathy Pearson
Deputy Clerk